UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:18 MJ 366

IN THE MATTER OF THE SEARCH )
OF A WESTERN DIGITAL )
EXTERNAL HARD DRIVE, )
CURRENTLY LOCATED AT FBI )
CHARLOTTE, 7915 MICROSOFT )
WAY, CHARLOTTE, NORTH )
CAROLINA 28273 )

FILED
CHARLOTTE, NC

OCT 31 2018

US District Court
Western District of NC

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 31st day of October, 2018

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA