**IN THE UNITED STATTES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:18-MJ-366-DCK**

**In the Matter of the Search of:**                    )
                                                                          )
**A WD EXTERNAL HARD DRIVE,**                  )
**CURRENTLY LOCATED AT FBI**                    )
**CHARLOTTE, 7815 MICROSOFT WAY,**       )
**CHARLOTTE, NORTH CAROLINA 28273**     )

**ORDER PERMITTING REDACTED AFFIDAVIT AND**
**UNSEALING SEARCH WARRANT**

     **THIS MATTER IS BEFORE THE COURT** on the "Motion For Redaction Of Affidavit And Motion To Unseal" (Document No. 5) filed March 11, 2019 of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant affidavit be redacted and that the search warrant, application, and redacted affidavit be unsealed,

     **IT IS HEREBY ORDERED** that the redaction is allowed in the manner requested, and that the search warrant, application, and redacted affidavit be unsealed.

     The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: March 12, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.